UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Roxanne E. Rankin,

   Plaintiff,

v.

Katie Murdock, Manager of RRM,
Minneapolis,

   Defendant.

ORDER ADOPTING REPORT
AND RECOMMENDATION
Civil No. 25-4586 (MJD/DJF)

---

  The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated January 9, 2026.  **[Docket No. 3.]**  No objections have been filed to the Report and Recommendation.

  Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated January 9, 2026 **[Docket. No. 3]**; and

2. Plaintiff's Complaint **[Docket No. 1]** is **DISMISSED WITHOUT PREJUDICE**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 5, 2026                     s/Michael J. Davis
                                             Michael J. Davis
                                             United States District Court